IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL A. SPLETZER, | : : : : | |
| Plaintiff/Relator, | : : | CIVIL ACTION |
| v. | : : | NO. 09-4744 |
| ALLIED WIRE AND CABLE, INC., | : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this __10th__ day of November, 2015, upon consideration of Defendant's Motion to Compel Plaintiff/Relator to Provide Complete Responses to Discovery (Doc. 105), Defendant's Brief in Further Support of Defendant's Motion to Compel (Doc. 106), and Plaintiff/Relator's Response in Opposition (Doc. 107), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's request that Plaintiff/Relator provide complete responses to Requests for Production Nos. 38–45 is **DENIED**.

2. Defendant's request that Plaintiff/Relator provide complete responses to Requests for Production Nos. 46–63 is **GRANTED**.

3. Defendant's request that Plaintiff/Relator produce the Relator Statement is **DENIED**.

4. Defendant's request that Plaintiff/Relator produce a privilege log is **GRANTED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**